NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-378

SCOTT ALEXANDER

VERSUS

SHARON ALEXANDER, now KONG

**********

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 68,183
HONORABLE VERNON B. CLARK, DISTRICT JUDGE

**********

J. DAVID PAINTER
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Billy Howard Ezell, and
J. David Painter, Judges.

AFFIRMED.

Bradley Hicks
116 East Lula Street
Leesville, LA 71446
Counsel for Defendant-Appellant:
    Sharon Alexander, now Kong

Lisa K. Nelson
1609-C Boone Street
Leesville, LA 71446
Counsel for Plaintiff-Appellee:
    Scott Alexander